UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

LARRY SYLVESTER (#78014)

VERSUS

BURL CAIN ET AL

CIVIL ACTION

NO. 09-726-BAJ-CN

## RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Christine Noland dated July 26, 2010.  Plaintiff has filed an objection which the court has considered.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly,  the plaintiff's claims shall be dismissed as legally frivolous within the meaning of 28 U.S.C. § 1915 (e), and this action will be dismissed, without prejudice to any state law claims which the plaintiff may have.

Baton Rouge, Louisiana, August___31___, 2010.

_____
BRIAN A. JACKSON
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA