UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

LARRY SYLVESTER (#78014)

VERSUS

BURL CAIN ET AL

CIVIL ACTION

NO. 09-726-BAJ-CN

## JUDGMENT

For the written reasons assigned and filed herein:

IT IS ORDERED ADJUDGED AND DECREED that the plaintiff's claims is DISMISSED as legally frivolous within the meaning of 28 U.S.C. § 1915 (e), and this action is DISMISSED, without prejudice to any state law claims which the plaintiff may have.

All other pending motions in this action are hereby dismissed, as moot.

Baton Rouge, Louisiana, August 31, 2010.

BRIAN A. JACKSON
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA